IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
JUN 22 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, et al., )
    Plaintiffs, )
     )
v. ) Civil Action No. 1:11cv254
     )
ROCKY MOUNTAIN MECHANICAL, INC., )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the May 31, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the May 31, 2011 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiffs collectively and against defendant in the total amount of $20,785.06.

It is further **ORDERED** that defendant file prompt remittance reports and make all payments due to plaintiffs for all periods for which it is obligated until the expiration of the current collective bargaining agreement and any extensions thereto.

It is further **ORDERED** that defendant permit plaintiffs to conduct an audit of defendant's wage, payroll and personnel records for all periods for which defendant is obligated to make contributions under the current collective bargaining agreement, and if such audit reveals unreported hours and that additional contributions are due, defendant is **DIRECTED** to

pay promptly all additional unpaid contributions, interest and liquidated damages, as well as the costs of the audit.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendant, the Magistrate Judge and all counsel of record.

Alexandria, VA
June 22, 2011

/s/
T. S. Ellis, III
United States District Judge